Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jordan J. Butler, Esq.
Nevada Bar No. 10531
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
jjb@slwlaw.com
*Attorneys for Defendant
EMC Mortgage Corporation*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE ARIEL JAIME BANKRUPTCY ESTATE, (8039 Anasazi Ranch Drive)<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE CAPITAL ASSOCIATES, INC., Foreign Corporation; EMC MORTGAGE CORPORATION, Foreign Corporation, BAC HOME LOANS SERVICING, LP., Foreign Limited Partnership; ROE Rating Company; DOES I-100; inclusive; ROE ENTITIES 1-100; ROE CORPORATIONS 1-100, inclusive,<br><br>Defendants. | CASE NO.   2:10-cv-01551-PMP-PAL<br><br>**MOTION TO CONSOLIDATE** |

. . .

Defendant EMC Mortgage Corporation ("EMC"), by and through its counsel of record, hereby files this Motion to Consolidate in order to consolidate the same case that was assigned to two different judges as a result of two separately filed requests for removal.

DATED this 22nd day of September, 2010.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jordan J. Butler, Esq.
Nevada Bar No. 10531
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
EMC Mortgage Corporation

## MEMORANDUM OF POINTS AND AUTHORITIES
### I.
### STATEMENT OF FACTS

The subject Complaint herein was filed in Clark County District Court on August 13, 2010. (See Exhibit A.) The allegations in the Complaint arise of out of a residential mortgage loan transaction entered into by Plaintiff on or around September 2006. The Complaint contains unsubstantiated claims against Defendants for Breach of Contract, Breach of Contractual Covenant of Good Faith, Violation of NRS 598 D Prohibiting Unfair Lending Practices, Consumer Fraud, Deceptive Trade Practices, Fraud, Constructive Fraud, Negligent Misrepresentation, Negligence, Tortious Interference with Contract, and Civil Conspiracy.

Unbeknownst to EMC when it filed for removal on Monday, September 13, Co-Defendant BAC Home Loans Servicing, L.P. ("BAC"), had filed its Petition For Removal on Saturday, September 11, 2010; and Case No. 2:10-cv-01551-PMP-PAL was created and assigned to the Hon. Philip M. Pro and Magistrate Judge Peggy A. Leen. (See Exhibit B.) Thus, upon EMC's Petition For Removal of the same case, a second, duplicative case, Case No.2:10-cv-01562-KJD-LRL, was created and assigned to the Hon. Kent J. Dawson and Magistrate Judge Lawrence R. Leavitt. The two removed actions are, in reality, the same case, and thus necessarily involve the same plaintiff, debtor complaint, claims, allegations, loan transaction, and defendants.

## II.

## LEGAL ARGUMENT

Federal Rule of Civil Procedure 42 states:

**Rule 42. Consolidation; Separate Trials**

**(a) Consolidation.** If actions before the court involve a common question of law or fact, the court may:
(1) join for hearing or trial any or all matters at issue in the actions;
(2) consolidate the actions; or
(3) issue any other orders to avoid unnecessary cost or delay.

Here, the Court should consolidate the above-mentioned actions because they are the same case and necessarily satisfy all requirements for consolidation. EMC removed the first business day after Co-Defendant removed the action, without realizing the prior removal. As such, in the interests of judicial economy, and to avoid unnecessary cost or delay, EMC moves this honorable Court to consolidate these actions, and to assign the matter to the first assigned judge and magistrate judge.

## III.

## CONCLUSION

Based on the foregoing, EMC respectfully requests that its Motion for Consolidation be granted in its entirety, and that the dual cases referred to herein be consolidated into one action, the first action filed on September 11, 2010 bearing case number 2:10-cv-01551-PMP-PAL. This motion, seeking the same relief, is being contemporaneously filed in case number 2:10-cv-01562-KJD-LRL as well.

DATED this ____ day of September, 2010.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jordan J. Butler, Esq.
Nevada Bar No. 10531
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*
*EMC Mortgage Corporation*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of September, 2010, a true copy of the foregoing **Motion to Consolidate** was electronically filed via the Court's CM/ECF system and either served electronically or mailed, postage prepaid, as indicated, to the following:

Michael R. Hall, Esq.
Steven T. Jaffe, Esq.
Hall Jaffe & Clayton, LLP
7455 West Washington Avenue, Ste 460
Las Vegas, NV 89128
mhall@lawhjc.com
and
G. Dallas Horton, Esq.
G. Dallas Horton & Associates
4435 South Eastern Avenue
Las Vegas, NV 89119
gdallashorton@lvcm.com
and
Robert D. Vannah, Esq.
Mark L. Jackson, Esq.
Vannah & Vannah
400 South Fourth Street, 6th Floor
Las Vegas, NV 89101
rvannah@vannahlaw.com
Attorneys for Plaintiff

Emily G. Clark, Esq.
J. Christopher Jorgensen, Esq.
Lewis and Roca LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
eclark@lrlaw.com
cjorgensen@lrlaw.com
Attorneys for Defendant
BAC Home Loan Servicing, LP

_/s/ Howard_____
an employee of Smith Larsen & Wixom

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DATED: October 12, 2010.

4