MICHAEL R. HALL
Nevada Bar No. 005978
STEVEN T. JAFFE
Nevada Bar No. 007035
JACOB S. SMITH
Nevada Bar No. 010231
**HALL JAFFE & CLAYTON, LLP**
7455 West Washington Ave., Suite 460
Las Vegas, Nevada 89128
Phone: 702-316-4111
Fax: 702-316-4114

G. DALLAS HORTON
Nevada Bar No. 005996
**G. DALLAS HORTON & ASSOCIATES**
4435 S. Eastern Avenue
Las Vegas, NV 89119
Phone: 702-380-3100
Fax: 702-385-3101

ROBERT D. VANNAH
Nevada Bar No. 002503
MARK L. JACKSON
Nevada Bar No. 010905
**VANNAH & VANNAH**
400 S. 4th Street, 6th Floor
Las Vegas, NV 89101
Phone: 702-369-4161
Fax: 702-369-0104
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE ARIEL JAIME BANKRUPTCY ESTATE. (Re: 8039 Anasazi Ranch Drive) Plaintiff, vs MORTGAGE CAPITAL ASSOCIATES, INC, Foreign Corporation; EMC MORTGAGE CORPORATION, Foreign Corporation; BAC HOME LOANS SERVICING, LP, Foreign Limited Partnership; ROE Rating Company; DOES 1- 100, inclusive; ROE ENTITIES 1- 100; ROE CORPORATIONS 1 - 100, inclusive. Defendants | CASE NO.: 2:10-cv-01551-PMP-PAL **VOLUNTARY DISMISSAL** |

1  COMES NOW, Plaintiff Yvette Weinstein, Chapter 7 Trustee of the Ariel Jaime Bankruptcy
2  Estate, by and through her attorneys of record, MICHAEL R. HALL, ESQ., STEVEN T. JAFFE,
3  ESQ., and JACOB S. SMITH, ESQ. of Hall Jaffe & Clayton, LLP, and pursuant to FRCP 41(a),
4  hereby voluntarily dismisses her claims against Defendants in the above-entitled action, without
5  prejudice.
6  There is no trial set in this matter.
7  DATED this 14 day of March, 2011.

HALL JAFFE & CLAYTON, LLP

By _____
MICHAEL R. HALL
Nevada Bar No. 005978
STEVEN T. JAFFE
Nevada Bar No. 007035
JACOB S. SMITH
Nevada Bar No. 010231
7455 West Washington Avenue, Suite 460
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: March 16, 2011.

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that service of the foregoing **VOLUNTARY DISMISSAL** was made this 16th day of March, 2011, via electronic service to the following:

G. Dallas Horton, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 S. Eastern Avenue
Las Vegas, NV 89119
*Attorneys for Plaintiff*

Robert D. Vannah, Esq.
VANNAH & VANNAH
400 S. Fourth Street, 6th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

_____
An Employee of
HALL JAFFE & CLAYTON, LLP